```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------------------------------------

GARY J. PETT

                                               Plaintiff,

    **-v.-**

                                               Civil Action No.
                                             6:14-cv-682 (GLS/ATB)

JOHN H. CRANDALL, Acting
Family Court Judge; MARK ROSE,
ESQ., Poor Person Attorney

                                             Defendants.

--------------------------------------------------------------------------------

APPEARANCES:                            OF COUNSEL:

**FOR THE PLAINTIFF:**

GARY J. PETT
*Pro Se*
08-A-3182
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403


GARY L. SHARPE,
CHIEF JUDGE


# **ORDER**

    The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed June 11, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed June 11, 2014 (Dkt. No. 4) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that this action is DISMISSED IN ITS ENTIRETY, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii-iii) based on absolute immunity and failure to state a claim; and it is further

ORDERED that the clerk is directed to close this case; and it is further

ORDERED that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: July 7, 2014
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court